UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**RANDI SLONE,**

      **Plaintiff,**

  v.                                    **Civil Action 2:25-cv-1244**
                                          **Judge Edmund A. Sargus, Jr.**
**THE COMMUNITY ACTION**          **Magistrate Judge Chelsey M. Vascura**
**COMMITTEE OF PIKE COUNTY,**

      **Defendants.**

## ORDER

This matter is before the Court on Plaintiff's Motion for Leave to File First Amended Complaint. (ECF No. 9.) Because Defendant filed its answer only December 3, 2025 (ECF No. 5), Plaintiff may amend her Complaint once as a matter of course without leave of Court or Defendant's consent up until December 24, 2025, under Federal Rule of Civil Procedure 15(a)(1)(B). Accordingly, Plaintiff's Motion is **DENIED AS MOOT**. The Clerk is **DIRECTED** to file on the docket Plaintiff's First Amended Complaint, attached to the Motion as Exhibit 1 (ECF No. 9-1), which is now the operative Complaint in this action.

Moreover, because Plaintiff's First Amended Complaint supersedes the original Complaint, the Clerk is **DIRECTED** to terminate as moot Defendant's pending Motion for Judgment on the Pleadings (ECF No. 7).

    **IT IS SO ORDERED.**

                                                          /s/ *Chelsey M. Vascura*
                                                          CHELSEY M. VASCURA
                                                          UNITED STATES MAGISTRATE JUDGE